UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW LOBDELL,

    Plaintiff,

v.

WHITE CAP, LP, WHITE CAP
SUPPLY HOLDINGS, LLC, and
WHITE CAP MANAGEMENT, LLC,

    Defendants.
_____/

Case No. 24-11450

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S DECEMBER 10, 2025 REPORT AND RECOMMENDATION [119]**

This is a civil rights lawsuit filed by Plaintiff Matthew Lobdell against his employer, Defendants White Cap Supply Holdings, LLC, White Cap Management, LLC, and White Cap, LP. Plaintiff alleges that Defendants' self-funded health benefits plan violates the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*. The Court referred all pre-trial matters to Magistrate Judge David R. Grand. (ECF Nos. 25, 28, 63, 64, 78, 85, 91, 93, 105, 117.) Before the Court is the Magistrate Judge's report and recommendation to deny Defendants' motion for judgment on the pleadings. (ECF No. 119.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the reasoning and findings made by the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 119). Accordingly, Defendants' motion for judgment on the pleadings (ECF No. 89) is DENIED.

1

SO ORDERED.

                                                s/Nancy G. Edmunds
                                                Nancy G. Edmunds
                                                United States District Judge

Dated: January 6, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 6, 2026, by electronic and/or ordinary mail.

                                                s/Marlena Williams
                                                Case Manager